THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

YANG HON,

    Plaintiff

v.

ANGELA HOOVER, et al.

    Defendants

3:20-CV-1032
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 3rd DAY OF SEPTEMBER, 2020, upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 6) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 6) is **ADOPTED** for the reasons stated therein.

2. Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Court's Orders and for failure to prosecute this action.[1]

3. The Clerk of Court is directed to **CLOSE** this action.

                                  Robert D. Mariani
                                  United States District Judge

---

[1] Magistrate Judge Carlson's reasoning and conclusion that Plaintiff has failed to prosecute and has abandoned this action is further supported by the fact that the R&R was returned to the Court as undelivered, with no forwarding address on the docket for Plaintiff.

    The Court also agrees with the R&R's findings that an application of the *Poulis* factors further supports the dismissal of this action. *See* Doc. 6, at 5-10; *Poulis v. State Farm Fire and Cas. Co.*, 747 F.2d 863 (3d Cir. 1984).